**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| THOMAS BAKER, *et al.*,      )   | |
|                              )   | |
|     Plaintiffs,              )   | |
|                              )   | |
| v.                           )   | Cause No.: 4:16-cv-1693-NAB |
|                              )   | |
| CITY OF FLORISSANT,          )   | |
|                              )   | |
|     Defendant.               )   | |

**MOTION TO WITHDRAW**

COMES NOW attorney Jacqueline Kutnik-Bauder of ArchCity Defenders, Inc. and hereby request grant her leave to withdraw as counsel of record for Plaintiffs in the above-captioned matter. All other attorneys of record for Plaintiffs will remain.

Date Submitted: August 6, 2020        Respectfully Submitted,

*/s/ Jacqueline Kutnik-Bauder*
Jacqueline Kutnik-Bauder (45014MO)
**ARCHCITY DEFENDERS, INC.**
440 N. 4th St. Suite 390
St. Louis, MO 63102
P: 855-724-2489
F: 314-925-1307
jkutnikbauder@archcitydefenders.org
*Attorney for Plaintiffs*