IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS BAKER *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:16-cv-1693-NAB |
| THE CITY OF FLORISSANT, | ) ) ) |
| Defendant. | ) |

## **PLAINTIFFS' MOTION TO SEAL**

Plaintiffs hereby move the Court to seal the attached unredacted Plaintiffs' Reply in Support of their Motion for Class Certification and Declaration of Andrea Gold with attached unredacted exhibits. A memorandum in support of this Motion is being submitted herewith, along with a proposed order.


Dated: May 14, 2021

/s/ *Andrea R. Gold*
TYCKO & ZAVAREEI LLP
Andrea R. Gold (admitted *pro hac vice*)
Dia Rasinariu (admitted *pro hac vice*)
Leora Friedman (admitted *pro hac vice)*
1828 L Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
agold@tzlegal.com
drasinariu@tzlegal.com
lfriedman@tzlegal.com

ARCHCITY DEFENDERS, INC.
Nathaniel R. Carroll, #67988MO
Blake A. Strode, #68422MO
John M. Waldron, #70401MO
440 N. 4th Street, Suite 390
St. Louis, MO 63103

Telephone: (855) 724-2489
Facsimile: (314) 925-1304
ncarroll@archcitydefenders.org
bstrode@archcitydefenders.org
jwaldron@archcitydefenders.org

KEANE LAW LLC
Ryan A. Keane, #62112MO
Steven W. Duke, #68034MO
7777 Bonhomme Ave., Suite 1600
St. Louis, MO 63105
Telephone: (314) 391-4700
Facsimile: (314) 244-3778
ryan@keanelawllc.com
steve@keanelawllc.com

*Attorneys for Plaintiffs*