# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THOMAS BAKER, *et al.*,<br>Individually and on behalf of all others<br>similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF FLORISSANT,<br><br>    Defendant. | Case No. 4:16-CV-1693 RHH |

## JUDGMENT

In accordance with the Memorandum and Order entered herewith, and there being no reason to delay entry of Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Class Action Settlement, entered into by and between the parties to resolve all outstanding claims in this action, is **APPROVED**. The Memorandum and Order Granting Final Approval of Class Action Settlement, and this Judgment entered thereon, are considered final and appealable as of the date of their entry.

Dated this 13th day of May, 2024.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE